# IN THE SUPREME COURT OF THE STATE OF NEVADA

MICHAEL WHITFIELD,
Petitioner,
vs.
THE STATE OF NEVADA
DEPARTMENT OF CORRECTIONS, AS
EMPLOYER,
Respondent.

No. 85067

**FILED**

AUG 04 2022

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY_____S. Young_____
DEPUTY CLERK

## *ORDER DENYING PETITION*

This is an original pro se petition for collateral estoppel. Having reviewed the petition, we conclude that our extraordinary intervention is not warranted. Petitioner has failed to include with his petition necessary documentation supporting his request for relief. NRAP 21(a)(4) (petitioner must provide all documents essential to understand the matters set forth in the petition); NRAP 21(c) (petitions for extraordinary writs shall to the extent practicable conform to NRAP 21(a)). Accordingly, we

ORDER the petition DENIED.

_____, C.J.
Parraguirre

_____, J.
Hardesty

_____, J.
Stiglich

SUPREME COURT
OF
NEVADA

22-24477

cc:    Michael Whitfield
       Attorney General/Carson City
       Attorney General/Reno
       Washoe District Court Clerk

SUPREME COURT
OF
NEVADA